IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08-20857-CIV- |
| Plaintiff, | ) | UNGARO/O'SULLIVAN |
| v. | ) | |
| XIOMARA E. COSTA, | ) | |
| f/k/a XIOMARA'S GARDEN, | ) | |
| Defendants. | ) | |

## DEFENDANTS' XIOMARA E. COSTA AND XIOMARA'S GARDEN <u>ANSWER, AFFIRMATIVE DEFENSES, AND COUNTER-PETITION</u>

Defendants, XIOMARA E. COSTA, f/k/a XIOMARA'S GARDEN, (hereinafter referred to as "Defendant(s)"), hereby files the instant Answer, Affirmative Defenses, and Counter-Petition, and in support thereof proffers as follows:

## I. <u>GENERAL ANSWER:</u>

Defendant(s) reserve the right to modify, amend, or supplement these Answers. Defendant(s) are continuing to search for documents and records which would enable her to fully respond to these discovery requests, and therefore the Defendant(s) reserves and does not waive all of her rights, including the right to supplement and revise the Answers contained herein. Defendant(s) have not yet concluded their investigation and discovery in these matters, but has made a diligent and good faith effort to obtain information with which to respond to these discovery requests, and accordingly, these Answers are made without prejudice.

CASE NO.:08-20857-CIV-UNGARO/O'SULLIVAN

## II. ANSWER:

1.      The Defendant(s) admit to the facts set forth in Paragraph One (1).

2.      The Defendant(s) admit to the facts set forth in Paragraph Two (2).

3.      The Defendant(s) admit in part and deny in part the facts set forth in Paragraph Three (3). In particular, the Defendant(s) deny they were the employer of the Plaintiff.

4.      The Defendant(s) admit to the facts set forth in Paragraph Four (4).

5.      The Defendant(s) admit to the facts set forth in Paragraph Five (5).

6.      The Defendant(s) admit to the facts set forth in Paragraph Six (6).

7.      The Defendant(s) admit to the facts as set forth in Paragraph Seven (7).

8.      The Defendant(s) admit to  the facts as set forth in Paragraph (8).

9.      The Defendant(s) deny the  facts as set forth in Paragraph Nine (9).

10.     The Defendant(s) deny the facts set forth in Paragraph Ten (10).

11.     The Defendant(s) deny the facts as set forth in Paragraph Eleven (11).

12.     The Defendant(s) deny the facts as set forth in Paragraph Twelve (12).

## III. COUNTER-PETITION:

13.     The Defendant(s) respectfully counter-petition for reasonable attorney's fees and costs incurred as a result of the instant frivolous litigation.

**MARIA ELENA PÉREZ, P.A.**
**145 MADEIRA AVENUE  •  SUITE 310 • CORAL GABLES, FLORIDA 33134**
TEL . **(305) 461-3444  •** FAX  **(305) 461-3444**

- 2 -

CASE NO.:08-20857-CIV-UNGARO/O'SULLIVAN

## IV. <u>AFFIRMATIVE DEFENSE(S)</u>:

14.     The Plaintiff to the instant cause was not an employee of the Defendant(s), but was instead living at the residence in questions, and in fact, the Plaintiff had both the light bill and the telephone bill in her name as a result of her residing as a tenant in the assisted living facility at issue.

MARIA ELENA PÉREZ, P.A.
Attorneys for Defendant(s)
145 Madeira Avenue, Suite 310
Coral Gables, Florida 33134
Telephone No.: (305) 461-3100
Facsimile No.: (305) 461-3444
Email: Mari2much@aAOL.com

By:_____
     MARIA ELENA PÉREZ, P.A.
     FLORIDA BAR NO.: 0487910

**MARIA ELENA PÉREZ, P.A.**
**145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134**
TEL . (305) 461-3444 • FAX (305) 461-3444

– 3 –

CASE NO.:08-20857-CIV-UNGARO/O'SULLIVAN

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Defendant(s) Answer, Counter-Petition, and Affirmative Defenses was served by electronic mail to counsel for Plaintiff, J.H. Zidell, 300 71st Street, #605, Miami Beach, Florida 33141, this 25th day of April, 2008.

MARIA ELENA PÉREZ, P.A.
Attorneys for Defendant(s)
145 Madeira Avenue, Suite 310
Coral Gables, Florida 33134
Telephone No.: (305) 461-3100
Facsimile No.: (305) 461-3444

Email: Mari2much@aAOL.com

By:_____
            MARIA ELENA PÉREZ, P.A.
            FLORIDA BAR NO.: 0487910

**MARIA ELENA PÉREZ, P.A.**
**145 MADEIRA AVENUE • SUITE 310 • CORAL GABLES, FLORIDA 33134**
TEL . (305) 461-3444 • FAX (305) 461-3444

- 4 -