UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-20857-CIV-UNGARO/O'SULLIVAN

MARIA ISABEL RODRIGUEZ )
       Plaintiff, )
  vs. )
 )
XIOMARA'S GARDEN, INC. )
XIOMARA E. COSTA )
       Defendants )
 )
 )

### ORDER ON PLAINTIFF/COUNTER DEFENDANT'S MOTION TO DISMISS COUNTER-CLAIM/PETITION

THIS CAUSE, having come on before this Court upon Plaintiff's Motion to Dismiss Counterclaim (the "Motion"), and the Court having considered the moving papers, and being completely advised in the premises, it is ORDERED AND ADJUDGED that Defendants Counterclaim is hereby dismissed in its entirety.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this ____ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record